U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 10-CV-576 |
| DEFENDANT | TYPE OF PROCESS |
| WESLEY J. RAJEK | Petition w/declaration & Order to Show Cause |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wesley J. Rajek

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1710 North 128th Avenue, Marathon, WI 54448

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Richard D. Humphrey
Assistant United States Attorney
Western District of Wisconsin
660 West Washington Avenue - Suite 303
Madison, Wisconsin 53703-2576

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available for Service):

**PERSONAL SERVICE REQUESTED - PLEASE SERVE BY: November 8, 2010**

Signature of Attorney or other Originator requesting service on behalf of: ■ PLAINTIFF  □ DEFENDANT
*Richard D. Humphrey*
Richard D. Humphrey, Assistant United States Attorney

TELEPHONE NUMBER: 608-264-5158
DATE: October 20, 2010

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 90 | 90 | M. Novik | 10/25/10 |

☒ I hereby certify and return that I have personally served, □ have legal evidence of service, □ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
1233 N. 11th Ave
Wausau WI 54401
715-574-6417

Date of Service: 11/06/10
Time: 9:10 am

Signature of U.S. Marshal or Deputy
*Dallas S. Novik*

| Service Fee | Total Mileage Chgs. (including endeavors) | Forwarding Fees | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $302.50 | $144.00 | | $446.50 | | |

REMARKS:
10/28/10 11AM-3pm Attempted Service
11/04/10 12NOON-6pm Attempted Service

Roundtrip 5½ hours, Roundtrip 288 miles

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)
(Electronic version)